United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| LENA ATHERTON-LOPEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00502 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| Respondents. | § | |
| | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of her detention in federal immigration custody. Petitioner names Miguel Vergara, ICE-ERO Field Office Director; Kristi Noem, Secretary of U.S. Department of Homeland Security; the U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; the Executive Office for Immigration Review; and the Warden of the Laredo Detention Center, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than April 3, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than April 10, 2026.**[1]

**Petitioner is DIRECTED to serve the petition, (Dkt. No. 1), and its attachments on Respondents via certified mail** pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service. Petitioner is **ORDERED** to file proof that service was sent via certified mail to Respondents **by March 31, 2026**.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action to

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Respondents. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on March 27, 2026.

John A. Kazen
United States District Judge